UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZEL NORMAN,<br><br>                              Plaintiff,<br>     v.<br>THE STATE OF NEVADA, et al.<br><br>                            Defendants. | Case No. 2:15-cv-00339-JAD-PAL<br><br>**ORDER**<br><br>(Notice – Dkt. #7) |

This matter is before the Court on Plaintiff Zel Norman's Notice (Dkt. #7), filed August 17, 2015. Plaintiff is a prisoner proceeding in this civil rights action *pro se* and *in forma pauperis*. This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(a) and LR 1-3 and 1-9.

On July 21, 2015, this Court issued an Order (Dkt. #6) granting Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #5). The Court ordered Plaintiff to pay an initial partial filing fee of $30.00 toward the full filing fee and gave Plaintiff until August 17, 2015, to have the $30.00 fee sent to the Clerk of the Court. *Id*. The Northern Nevada Correctional Center was also instructed to send the Clerk of the Court a monthly payment[1] from Plaintiff's inmate account, until the full $350.00 filing fee is paid. *Id*.

On August 17, 2015, Plaintiff filed a Notice (Dkt. #7) stating that the accounting supervisor at the Northern Nevada Correctional Center prematurely deducted a monthly payment from his inmate account, leaving him without additional funds to pay the $30 initial partial filing fee. Thus, Plaintiff requests a 45-day extension to submit the fee. The Court will grant his request for extension. Additionally, the Court notes that the finance division of the Clerk of the

---

[1] The amount of the monthly payment should equal "twenty percent (20%) of the preceding month's deposits to Plaintiff's account (in the months that the account exceeds $10.00)." *See* Order (Dkt. #6).

1

Court has not received any payment on Plaintiff's behalf, including the monthly payment Plaintiff references in his Notice. Plaintiff is responsible for making the payment necessary arrangements and should coordinate with the correctional facilities accounting staff to correct any miscommunication.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff shall have until **October 9, 2015**, to have the $30.00 initial partial filing fee sent to the Clerk of the Court. Failure to do so may result in a recommendation to the district judge for dismissal of this action. Upon receipt of the initial partial filing fee, the Court will screen Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(a). Even if this action is dismissed based upon the Court's screening order, Plaintiff must still pay the full filing fee pursuant to 28 U.S.C. § 1915(b)(2).

2. The Clerk of Court shall provide Plaintiff with two copies of this Order. Plaintiff is ordered to make the necessary arrangements to have one copy of this Order attached to a check in the amount of the initial partial filing fee designated herein.

3. Beginning the month following Plaintiff's payment of the initial partial filing fee, the Northern Nevada Correctional Center shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent (20%) of the preceding month's deposits to Plaintiff's account (in the months that the account exceeds $10.00) until the full $350.00 filing fee has been paid for this action pursuant to 28 U.S.C. § 1915(b)(2).

4. The Clerk of the Court shall send a copy of this Order to the Finance Division of the Clerk's Office and the Accounting Supervisor of the Northern Nevada Correctional Center. If Plaintiff should be transferred, the Accounting Supervisor at Northern Nevada Correctional Center is directed to send a copy of this Order to the new place

///

///

///

1    of incarceration, indicating the amount that Plaintiff has paid towards his filing fee, so
2    that funds may continue to be deducted from Plaintiff's account.
3    Dated this 26th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE