UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Zel Norman,

    Plaintiff

    v.

The State of Nevada, *et al.*,

    Defendants

Case No.: 2:15-cv-00339-JAD-PAL

**Order Adopting Report and Recommendation [ECF 10]**

Magistrate Judge Peggy Leen entered a report and recommendation on October 27, 2015, recommending that I dismiss *pro se* plaintiff Zel Norman's complaint without prejudice to Norman's ability to file a new action in which he pays the $350.00 filing fee in full or submits a completed application to proceed *in forma pauperis*.[1]  Objections were due by November 13, 2015, and Norman has neither filed an objection nor requested an extension to do so.  LR IB 3–2.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."  *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Accordingly,

It is hereby ORDERED that Magistrate Judge Leen's Report and Recommendation **[ECF 10]** is **ACCEPTED** and her findings and conclusions are adopted;

It is further ORDERED that plaintiff's complaint is **DISMISSED**.  The Clerk of Court is instructed to CLOSE THIS CASE.

DATED November 19, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 10.